■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MCBRIDE, Appellant. [716 NYS2d 884] —Appeal by the defendant from two judgments of the County Court, Westchester County (Lange, J.), both rendered November 4, 1998, convicting him of attempted burglary in the second degree under S.C.I. 98-00267 and burglary in the second degree under S.C.I. No. 98-01059, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Thompson, Friedmann, H. Miller and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR M. MEDINA, JR., Appellant. [716 NYS2d 888] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 21, 1998 (*People v Medina,* 253 AD2d 830), affirming a judgment of the County Court, Suffolk County, rendered March 12, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). S. Miller, J. P., Krausman, McGinity and Luciano, JJ., concur.